

**NUMBER 13-13-00471-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**DANIEL ZALMAN,** **APPELLANT,**

**V.**

**THE STATE OF TEXAS,** **APPELLEE.**

### On appeal from the County Court
### of Wharton County, Texas.

# ORDER OF ABATEMENT

**Before Justices Rodriguez, Garza, and Perkes**
**Order Per Curiam**

This cause is before the Court because the court reporter, Wendy J. Lege, has failed to timely file the reporter's record. On September 16, 2013, Ms. Lege was notified that the reporter's record was due on September 3, 2013. To date, Ms. Lege has not filed the reporter's record and this Court has been notified that she cannot be located.

This sequence of events requires us to effectuate our responsibility to avoid further delay and to preserve the parties' rights. *See* Tex. R. App. P. 37.3(a)(1). Accordingly, this appeal is ABATED and the cause REMANDED to the trial court.

Upon remand, the judge of the trial court shall immediately cause notice to be given and conduct a hearing to determine whether appellant has abandoned his appeal. If it is determined that appellant has not abandoned his appeal, the court shall further determine if appellant's attorney of record continues to represent appellant and will diligently pursue this appeal.

The court shall further determine if the reporter's record, or any part thereof, has been lost or destroyed, and shall make appropriate findings under Tex. R. App. P. 34.6(f), if necessary. Otherwise, the court shall determine what steps are necessary to ensure the prompt preparation of a reporter's record, and shall enter any orders required to avoid further delay and to preserve the parties' rights.

The trial court shall prepare and file its findings and orders and cause them to be included in a supplemental clerk's record which should be submitted to the Clerk of this Court within thirty days from the date of this order.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed this the
26th day of February, 2014.

2